

Your complimentary use period has ended. Thank you for using PDF Complete.
Click Here to upgrade to Unlimited Pages and Expanded Features

2100 Tulare Street, Suite 512
Fresno, California 93721
Telephone (559) 237-0800
Facsimile (559) 237-1990

Attorney for Defendant
JOSE REFUGIO ALCANTAR-PENALOZA

FILED

SEP 10 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-CR-00287 OWW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING |
| vs. | |
| JOSE REFUGIO ALCANTAR-PENALOZA, et al | |
| Defendant(s) | |

The parties by and through their counsel of record, hereby stipulate to the following: The parties have jointly agreed that the current Hearing of Monday, July 29, 2013, at the hour of 1:30 p.m., be continued to Monday, September 23, 2013, at the hour of 1:30 p.m. The reason for this continuance is that Mr. Green is currently in trial in Department 62 of the Fresno County Superior Court on a special circumstances murder case wherein which the People of the State of California are seeking the death penalty. His trial is anticipated to conclude sometime on or near September 19, 2013. Defense counsel has contacted all other counsel in this case and obtained consent to continue the matter accordingly.

Case 1:10-cr-00287-AWI   Document 169   Filed 07/25/13   Page 2 of 3



1  the parties agree that the time between July 29, 2013 and

2  September 23, 2013 shall be excludable from the Speedy Trial Act requirements of Title 18,

3  United States Code, Sections 3161 (h)(7)(A) and 3161(h)(7)(B)(iv).

4      The parties agree that the time is excludable in that the ends of justice served by granting

5  the continuance of the status conference to September 23, 2013 outweigh the best interests of

6  

7  the public and the defendant in a speedy trial. The parties agree that a continuance of the

8  hearing to September 23, 2013 is necessary to ensure effective case preparation for resolution

9  and denial of such a continuance would unreasonably deny defendant effective case preparation

10  pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv).

11  

12  DATE: July 25, 2011                                  Respectfully submitted,

13                                                           /s/   Robert Lyons

14                                                           ROBERT LYONS,
Attorney for Defendant
15                                                           DAVID GODINEZ

16  DATE: July 25, 2011

17                                                           /s/   Eric Green
18                                                           ERIC GREEN,
Attorney for Defendant
19                                                          JOSE REFUGIO ALCANTAR-PENALOZA

20  DATE: July 25, 2011

21                                                          /s/   Preciliano Martinez
22                                                          PRECILIANO MARTINEZ,
Attorney for Defendant
23                                                          RAFAEL MENDEZ ESPARZA

24  DATE: July 25, 2011

25                                                          /s/   Arturo Hernandez
26                                                          ARTURO HERNANDEZ,
Attorney for Defendant
27                                                          ERIC CERVANTES AGUILAR

28

/s/   Kathleen Servatius
KATHLEEN SERVATIUS,
Assistant United States Attorney

**IT IS SO ORDERED:**

DATED: 9-9-13

_____
Honorable Anthony W. Ishii
**UNITED STATES DISTRICT JUDGE**